**FILED - GR**
August 12, 2010 11:01 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mrs / SCANNED BY: mrs / 8/12

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF MICHIGAN

PERRY VINCENT BRADLEY,

    Plaintiff,

v.

RICHARD HALLWORTH, ET AL.,

    Defendant(s).

_____/

CASE NO. 1:09-cv-1070

HONORABLE ROBERT J. JONKER

MAG. HUGH W. BRENNEMAN, JR.

JULIA R. BELL (P35367)
Attorney for MDOC Defendants
Michigan Department of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-7021

Perry Vincent Bradley #176332
In Pro Per
Lakeland Correctional Facility
141 First Street
Coldwater, MI 49036

COLLINS, EINHORN, FARRELL, & ULANOFF, P.C.
RICHARD A. JOSLIN (P47510)
Attorney for Defendants Jenkins,
Lacy and Heebsch
4000 Town Center, Ste 909
Southfield, MI 48075
(248) 355-4141

CHAPMAN AND ASSOCIATES, P.C.
RONALD W. CHAPMAN (P37603)
Attorney for Defendants Squier and
McQueen
40950 North Woodward, Suite 120
Bloomfield Hills, MI 48304
(248) 644-6325

_____/

PLAINTIFF'S MOTION FOR CLARIFICATION AND
RENEWED MOTION FOR APPOINTMENT OF LEGAL COUNSEL

    Now comes the Plaintiff, Perry Bradley, In Pro Per, and respectfully moves this Court and the defendants to explain to the Plaintiff the following:

    1. What does the Notice, of the deposition of Duane Waters-Med records, scheduled for July 27, 2010 at 9:00 a.m., mean?;

    2. Why was the Notice, dated July 8, 2010, certified by Carrie J. Beeser

1

and notarized by Gail M. White to have been sent to the Plaintiff <u>on July 8, 2010</u>, when the envelope used to send said Notice to the Plaintiff was postmarked <u>July 29, 2010</u>, and received by the Plaintiff on Monday, <u>August 2, 2010</u>? (see attached copy of the Notice and the envelope);

3. The Plaintiff renews his respectful request and Motion for the appointment of legal counsel as it appears that Defense Counsel Richard Joslin Jr., has failed to apprise the Plaintiff in a timely fashion of the Notice referenced herein and that the proof of service of same has clearly been misrepresented to this Court and the Plaintiff. Plaintiff's lack of legal training, and failure to understand or appreciate the manner in which a proof of service has been misrepresented deliberately to this Court and to the Plaintiff, renders the Plaintiff legal rights in a most vulnerable and precarious position.

Date: August 9, 2010

Respectfully submitted

*Perry Bradley*
Perry Vincent Bradley/#176332
Plaintiff in Pro Per
Lakeland Correctional Facility
141 First Street
Coldwater, MI 49036