# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

ATTACHMENT

| PLAINTIFF | PERRY BRADLEY in pro per | 1:09-CV-1070 |
|---|---|---|
| | | CIVIL ACTION NO. |

## NOTICE

**DEFENDANT** RICHARD HALLWORTH et al

TO:
| ✓ PERRY BRADLEY #176332 | RICHARD JOSLIN, JR | JULIA BELL |
|---|---|---|
| 141 FIRST ST | 4000 TOWN CTR #909 | 525 W OTTAWA ST, PO BOX 30217 |
| COLDWATER, MI 49036 | SOUTHFIELD, MI 48075 | LANSING, MI 48909 |

**ATTORNEY FOR:** PERRY BRADLEY in pro per

Please take notice that on **Tuesday , 7/27/2010**
the following depositions will be taken at the time/s indicated:

| DEPONENT/S | TIME | |
|---|---|---|
| DUANE WATERS-MED RECORDS | 9:00 | AM |

Before a notary public, at 3318 N. Main, Royal Oak, Michigan, pursuant to the provisions of rule 2.306 of the Michigan Court Rules. The undersigned counsel does NOT propose to interrogate the deponent/s, the proceding/s being solely for the purpose/s of copying records and documents, described above, in the control of the deponent/s. If you have any objections to the copying of these records and documents, please call Minute Man Sevices, Inc. at (248)585-6300.

**RICHARD JOSLIN, JR**
ATTORNEY FOR DEFENDANT

**CARRIE BEERER**
being duly sworn, on oath states that a copy of the above notice was mailed/delivered to the above named on 07/08/10.

_Carrie Beerer_

Subscribed and sworn to before me this ___08th___ day of ___July___, 2010

_Daniel M. White_

Notary Public, ___OAKLAND___ County, Michigan, acting in Oakland County
My commission expires: ___4/13/2013___