UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY VINCENT BRADLEY,

        Plaintiff

Case No. 1:09-cv-1070

Hon. Robert J. Jonker

v.

RICHARD HALLWORTH, *et al.*,

        Defendants.

                          /

**ORDER**

        Plaintiff has filed a § 1983 civil rights action against defendants. This matter is now before the court on correspondence sent by plaintiff to the Clerk's Office which has been docketed as a "motion to compel the attorney general's office to provide addresses (under seal to the court) of the remaining unserved defendants" (docket no. 24), specifically defendants Lacy, Heebsch, Squier and McQueen. This letter motion is not properly before the court. *See* W.D. Mich. LCivR 7.1(a) (requiring that motions filed in this court must be accompanied by a supporting brief, which "shall contain a concise statement of the reasons in support of the party's position and shall cite all applicable federal rules of procedure, all applicable local rules, and the other authorities upon which the party relies" and that "[b]riefs shall not be submitted in the form of a letter to the judge").

        The court typically strikes such motions for failing to comply with the local court rules. However, it is unnecessary to strike plaintiff's motion because these four defendants have been served. Defendants McQueen and Squier have filed and answer, and defendants Heebsch and Lacy have filed a motion for summary judgment. *See* docket nos. 41 and 55. Accordingly, plaintiff's motion to compel (docket no. 24) is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: October 21, 2010 /s/ Hugh W. Brenneman, Jr.
Hugh W. Brenneman, Jr.
United States Magistrate Judge